**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JOAO BOCK TRANSACTION SYSTEMS, LLC,**

          **Plaintiff,**

**vs.**                                         Case No. 3:13-cv-223-J-34JRK

**FIDELITY NATIONAL INFORMATION SERVICES, INC.,**

          **Defendant.**

_____/

## ORDER OF RECUSAL

The undersigned hereby recuses herself from further proceedings in this action. The telephonic preliminary pretrial conference set for October 21, 2013, at 4:00 p.m. is cancelled.

**DONE AND ORDERED** at Jacksonville, Florida on September 3, 2013.

*[signature: Marcia Morales Howard]*
MARCIA MORALES HOWARD
United States District Judge

Copies furnished to:

Counsel of Record
Pro Se Party, if any