**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JOAO BOCK TRANSACTION
SYSTEMS, LLC,

                Plaintiff,

vs.                                          Case No.  3:13-cv-223-J-32JRK

FIDELITY NATIONAL INFORMATION
SERVICES, INC.,

                Defendant.
_____/

## ORDER TO SHOW CAUSE

The Court has been advised that Plaintiff's counsel, Steven W. Ritcheson, is not participating in the Court's electronic filing system.  The Clerk has mailed counsel multiple notices advising that participation is mandatory and warning that failure to participate may subject counsel to a revocation of pro hac vice status.  In addition, this Court's September 23, 2013 Order granting pro hac vice status (Doc. No. 50) directed Mr. Ritcheson to expeditiously ensure registration with the Court's electronic filing system.  In light of the foregoing, Plaintiff shall have up to and including **November 14, 2013** to **SHOW CAUSE** why Mr. Ritcheson's pro hac vice status should not be revoked.

**DONE AND ORDERED** at Jacksonville, Florida on October 30, 2013.

*James R. Klindt*
**JAMES R. KLINDT**
United States Magistrate Judge

kaw
Copies to:
Counsel of record