## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| JOAO BOCK TRANSACTION SYSTEMS, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FIDELITY NATIONAL INFORMATION SERVICES, INC.,<br><br>　　　　　Defendant. | Case No. 3:13-cv-00223-J-23-JRK<br><br>JURY TRIAL DEMANDED |

### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE (Dkt. No. 59)

Plaintiff Joao Bock Transaction Systems, LLC ("JBTS") hereby responds to the Court's "Order To Show Cause" (Dkt. No. 59). Due to a heavy travel schedule for plaintiff's lead attorney, Mr. Ritcheson, and miscommunication between offices of counsel for JBTS, Mr. Ritcheson inadvertently did not register for the Court's Electronic Case Filing ("ECF") System as required by the Order granting his application to appear *pro hac vice* (Dkt. No. 50). Upon receipt of this Court's Order, counsel for JBTS immediately registered Mr. Ritcheson for the Court's ECF system on his behalf as he was traveling. As evidence of the successful ECF registration, this response has been filed using Mr. Ritcheson's ECF credentials.

Respectfully submitted this 8th day of November 2013.

*Attorneys for Plaintiff*
*Joao Bock Transaction Systems, LLC*

 s/ Steven W. Ritcheson
Timothy C. Davis, Florida Bar No. 51880
HENINGER GARRISON DAVIS, LLC
2224 1st Avenue North
Birmingham, Alabama 35203
Telephone:  (205) 326-3336
Facsimile:  (205) 326-3332
Email: tim@hgdlawfirm.com

Jonathan R. Miller, *Pro Hac Vice*
HENINGER GARRISON DAVIS, LLC
3621 Vinings Slope, Suite 4320
Atlanta, Georgia  30339
Telephone:  (404) 996-0863
Facsimile:  (205) 547-5506
Email: jmiller@hgdlawfirm.com

Steven W. Ritcheson, *Pro Hac Vice*
HENINGER GARRISON DAVIS, LLC
9800 D Topanga Canyon Blvd. #347
Chatsworth, California  91311
Telephone:  (818) 882-1030
Facsimile:  (818) 337-0383
Email: swritcheson@hgdlawfirm.com

Maureen V. Abbey, *Pro Hac Vice*
HENINGER GARRISON DAVIS, LLC
220 St. Paul Street
Westfield, NJ 07090
Telephone:  (908) 379-8475
Facsimile:  (908) 301-9008
Email: maureen@hgdlawfirm.com

Frank H. Cole, Jr., Florida Nar No. 558249
Eraclides, Gelman, Hall, Indek, Goodman, & Waters, LLC
4811 Atlantic Blvd.
Jacksonville, Florida 32207
Telephone:  (904) 306-9955
Facsimile:  (904) 306-9951
Email: fcole@eglawjax.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed the foregoing using the CM/ECF system.

Date: November 8, 2013

           s/ Steven W. Ritcheson
           Steven W. Ritcheson, *Pro Hac Vice*
           HENINGER GARRISON DAVIS, LLC
           9800 D Topanga Canyon Blvd. #347
           Chatsworth, California  91311
           Telephone:  (818) 882-1030
           Facsimile:  (818) 337-0383
           Email: swritcheson@hgdlawfirm.com