**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JOAO BOCK TRANSACTION
SYSTEMS, LLC,

      Plaintiff,

v.                                                                    Case No. 3:13-cv-223-J-32JRK

FIDELITY NATIONAL
INFORMATION SERVICES, INC.,

      Defendant.

_____

## ORDER

      This case is before the Court on Joao Bock's motion to quash a subpoena issued by Fidelity to third-party Charles Schwab & Co. (Doc. 116) and Fidelity's unopposed motion to file certain documents under seal (Doc. 118) in support of its response to the motion to quash (Doc. 117). Upon due consideration, the Court determines that the motion to quash should be denied as the materials requested in the subpoena are potentially relevant to the invalidity issue and the subpoena itself "appears reasonably calculated to lead to the discovery of admissible evidence." Fed. R. Civ. P. 26(b)(1). The motion to file under seal is therefore moot.

      Accordingly, it is hereby

**ORDERED:**

      1.    Plaintiff's Motion to Quash Subpoena Seeking Discovery from Third Party (Doc. 116) is **DENIED**. Third-party Charles Schwab & Co. should comply with the subpoena. Fidelity should provide to Joao Bock copies of all materials received in

response to the subpoena.

2.      Defendant Fidelity National Information Services, Inc.'s Unopposed Motion to File Under Seal (Doc. 118) is **MOOT**.

**DONE AND ORDERED** at Jacksonville, Florida this 9th day of December, 2014.

TIMOTHY J. CORRIGAN
United States District Judge

bjb
Copies to:

Counsel of record